# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDOZA,<br><br>        Petitioner,<br><br>v.<br><br>TOM FELKER, Warden,<br><br>        Respondent. | Case No. CV 07-2541-ABC (JTL)<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED AND PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR FAILURE TO COMPLY WITH COURT'S ORDER |

On April 17, 2007, Jose Mendoza ("Petitioner"), a prisoner in state custody, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254 in the United States District Court for the Central District of California. Petitioner concurrently filed a "Motion to Hold Pending Federal Habeas Petition in Abeyance" ("Motion"), asking the Court to stay the Petition for Writ of Habeas Corpus so that he could return to state court and exhaust his unexhausted actual innocence claim. On June 5, 2007, Respondent filed a "Notice of Non-Opposition to Petitioner's Motion to Hold Federal Habeas Petition in Abeyance." On June 12, 2007, the Court issued an Order granting Petitioner's Motion and staying Petitioner's federal habeas petition pending exhaustion of Petitioner's unexhausted claim. The Court also ordered to file a status report setting forth the status of his state habeas petition and admonished Petitioner that failure to comply with the Order and its time deadlines could result in the stay being vacated and the dismissal of the Petition. Petitioner filed status reports on August 16, 2007, September 20,

2007, and October 19, 2007, in which he requested that the Court enlarge the stay so he could proceed to exhaust his claim in state court.  In each instance, the Court granted Petitioner's request.

On November 26, 2007, the Court issued an Order stating that it had received Petitioner's November 21, 2007 status report and granting Petitioner's request to enlarge the stay.  The Court ordered Petitioner to file another status report no later than January 4, 2008.  As of the date of this Order, no status report has been filed by Petitioner.

Therefore, because Petitioner has failed to comply with the Court's November 26, 2007 Order, the Court **ORDERS** Petitioner to show cause in writing why the stay should not be vacated and the Petition dismissed for failure to comply with the Court's Order.  Petitioner's Response to the Court's Order to Show Cause shall be due within seven (7) days of the date of this Order.  Petitioner's failure to respond to this Order to Show Cause will be deemed as consent to the dismissal of this case, and the case will be dismissed without prejudice.

DATED: January 23, 2008

                                                                           /s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE