UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDOZA,<br><br>               Petitioner,<br><br>     v.<br><br>TOM FELKER, WARDEN,<br><br>               Respondent. | CASE NO. CV 07-2541-ABC (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND GRANTING, IN PART, AND DENYING, IN PART, CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and Recommendation and adopts it as its own findings and conclusions.

Further, the Court concludes that its decision as to Ground One of the Petition--that the violation of Petitioner's Confrontation Clause rights did not have a substantial and injurious effect on the jury's verdict--is "debatable amongst jurists of reason." *See Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). As a result, the Court finds that Petitioner is entitled to a certificate of appealability as to that issue. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b). As

1  to the remaining claims raised in the Petition, the Court finds that
2  Petitioner has not made a substantial showing of the denial of a
3  constitutional right and, therefore, he is not entitled to a
4  certificate of appealability as to them.  *See* 28 U.S.C. § 2253(c)(2);
5  Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336
6  (2003).

        DATED:    July 29, 2010

                                    */s/ Audrey B. Collins*
                                    _____
                                    AUDREY B. COLLINS
                                    UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesE1EF34\CV 07-2541 ABC (PJW) Ord accpt rr.wpd