UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDOZA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>TOM FELKER, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 07-2541-ABC (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


　　　DATED:　　July 29, 2010


　　　　　　　　　　　　　　　　　*Audrey B. Collins*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 07-2571 ABC (PJW) JGM.wpd